JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JUAN MARTINEZ, | ) | No. EDCV 09-0202-CJC(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LYDIA C. HENSE (Warden), | ) | |
| Respondent. | ) | |

    **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>June 7, 2011</u>

_____
CORMAC J. CARNEY
United States District Judge